# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136110

BOARD OF COUNTY ROAD
COMMISSIONERS FOR THE COUNTY
OF OAKLAND,
        Plaintiff-Appellant,

v

                                    SC: 136110
                                    COA: 275230
                                    Oakland CC: 2004-060824-CC

BALD MOUNTAIN WEST and AJAX
PAVING INDUSTRIES, INC.,
          Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the February 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

                                              Clerk

d0616